UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHERYL TAYLOR,

    Plaintiff,

v.                                                       Case No: 5:18-cv-71-Oc-30PRL

OOMA, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on Defendant's Motion to Dismiss, or in the Alternative to Stay, and to Compel Arbitration and Motion for Sanctions (Doc. 18). In the Motion, Defendant argues that Plaintiff's claims must be arbitrated. In response, Plaintiff concedes that the case should be stayed and the matter sent to arbitration. (Doc. 20, p. 4). Because neither party contests that there is a valid, enforceable arbitration agreement, the Court concludes that the case should be referred to arbitration.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss, or in the Alternative to Stay, and to Compel Arbitration and Motion for Sanctions (Doc. 18) is GRANTED to the extent that the Court will refer the matter to arbitration.

2. This case is referred to arbitration.

3. The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of July, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record